UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 25-MJ-2331-TORRES(SEALED)

UNITED STATES OF AMERICA,
            Plaintiff,

V.

Alain Tzvi Bibliowicz Mitrani,
            Defendant(s).

_____/

## ORDER

**THIS CAUSE** came before the Court and pursuant to proceedings it is thereupon, PURSUANT TO THE ARREST OF THE ABOVE NAMED DEFENDANT, THIS CASE IS HEREBY UNSEALED.

**DONE AND ORDERED** at Miami, Florida.

Dated: 2/21/2025

_____
**Edwin G. Torres**
**UNITED STATES MAGISTRATE JUDGE**