# MINUTE ORDER

Page 7

## Magistrate Judge Edwin G. Torres

King Building Courtroom 10-5      Date: 2/21/2025   Time: 11:30 a.m.

Defendant: Alain Tzvi Bibliowicz Mitrani    J#: 14014-506    Case #: 25-MJ-2331-TORRES (SEALED) unsealed

AUSA: Brad Dobbins    Attorney: Marisol Descalzo - TEMP

Violation: ED NY/WARR/IND/Money Laundering Consp. Consp to Operate an Unlicensed Money Transmitting Business    Surr/Arrest Date:    YOB:

Proceeding: Initial Appearance    CJA Appt:

Bond/PTD Held: ☐ Yes  ☐ No    Recommended Bond: Temporary Pretrial Detention

Bond Set at:    Co-signed by:

☐ Surrender and/or do not obtain passports/travel docs    Language: English

☐ Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person

☐ Random urine testing by Pretrial Services
Treatment as deemed necessary

☐ Refrain from excessive use of alcohol

☐ Participate in mental health assessment & treatment

☐ Maintain or seek full-time employment/education

☐ No contact with victims/witnesses, except through counsel

☐ No firearms

☐ Not to encumber property

☐ May not visit transportation establishments

☐ Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___

☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment

☐ Travel extended to:

☐ Other:

Disposition:
- Deft. advised of rights and charges.
- Case to unsealed.
- Atty Descalzo present will file a temporary-M.O.A.
- Gov't seeks PTD, risk of flight
☒ Ot Mtn for PTD Hearing - Granted
- Brady Order NOT Given

Time from today to ___ excluded from Speedy Trial Clock

NEXT COURT APPEARANCE    Date:    Time:    Judge:    Place:

Report RE Counsel:
PTD/Removal Hearing    2/25/25  10:00 am  Duty Magistrate Judge
Prelim/Arraign or Removal:
Status Conference RE:

D.A.R. 11:46:48    Time in Court: 4 Minutes

s/Edwin G. Torres    Magistrate Judge