# COURT MINUTES

## Magistrate Judge Enjolique A. Lett

**Atkins Building Courthouse - 10th Floor**    Date: 2/25/2025    Time: 10:00 a.m.

Defendant: Alain Tzvi Bibliowicz Mitrani    J#: 14014-506    Case #: 25-2331-MJ-TORRES

AUSA: **Joe Egozi**    Attorney: Marissel Descalzo (TEMP)

Violation: ED NY/ WARR/IND/ Money Laundering Conspiracy; Money Laundering Conspiracy

Proceeding: **Pretrial Detention/ Report Re: Counsel/ Removal**    CJA Appt:

Bond/PTD Held: ☒ Yes  ☐ No    Recommended Bond:

Bond Set at: **$5M**-PSB 10% w/nebbia and **$100K** CSB    Co-signed by: (5 co-signers)

☒ **Surrender and do not obtain passports/travel docs for defendant/minor children**

☒ Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person

☐ Random urine testing by Pretrial Services ___ Treatment as deemed necessary

☐ Refrain from excessive use of alcohol

☐ Participate in mental health assessment & treatment

☐ Maintain or seek full-time employment/education

☐ No contact with victims/witnesses

☐ No firearms

☒ Not to encumber property

☐ May not visit transportation establishments

☒ Home Confinement/**Electronic Monitoring** and/or Curfew **9** pm to **6** am, paid by **defendant**

☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment

☐ Travel extended to: SDFL and SDNY and EDNY

☒ Other: **No employment in Financial /Banking Institutions/Crypto Currency Industries**

Language: English

Disposition:
Brady Order **NOT** given.   **Removal Waived - *Identity hearing waived.***
Order executed in open court.
**Witnessess:** sworn/testified:
S/A Caraucci and Atty Anthony Capazzolo (NY).
Bond Hearing **held**: $5M PSB 10% PSB w/nebbia and $100K CSB with 5 *Cosigners:* sworn and testified -
Mr. Shappiro, Mr. Euri Shappiro, Mr. Ian Michael Farkes, Mr. Elie Bibliowicz (son), Mrs. Janny Mitrani (mother).
***BOND STAYED UNTIL 2/28/25***
Removal **STAYED** pending APPEAL in Eastern District of NY.

---

**NEXT COURT APPEARANCE**    Date:    Time:    Judge:    Place:

Report RE Counsel:

PTD/Bond Hearing:

Prelim/Arraign or Removal:

Status Conference RE:

D.A.R. **11:11:00; 11:44:26**    Time in Court: **1:23mins**